1  Sean P. Flynn (SBN 220184)
   sflynn@foleymansfield.com
2  M. Amadea Groseclose (SBN 267091)
   mgroseclose@foleymansfield.com
3  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
4  Los Angeles, CA  90071
   Telephone:   (213) 283-2100
5  Facsimile:   (213) 283-2101

6  Attorneys for
   **THE CBE GROUP, INC.**
7

8  # UNITED STATES DISTRICT COURT

9  # SOUTHERN DISTRICT OF CALIFORNIA

10

| LINDA BLAIR on behalf of herself and all others similarly situated, | Case No: 13-cv-00134-MMA-WVG |
|---|---|
| Plaintiff, | **DECLARATION OF SEAN P. FLYNN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION.** |
| vs. | |
| THE CBE GROUP INCORPORATED, an Iowa corporation, | |
| Defendant. | |

19  \\\
20  \\\
21  \\\
22  \\\
23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

# DECLARATION OF SEAN P. FLYNN

I, Sean P. Flynn, declare as follows:

1. I am an attorney duly admitted to practice before all the courts in the State of California. I am a partner with Foley & Mansfield, PLLP, attorneys of record for Defendant The CBE Group, Inc. ("CBE"). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. On June 11, 2013, 29 days after the Court's May 13th Order, Plaintiff mail served its first set of written requests.

3. CBE's responses were due on or before July 15, 2013.

4. On July 10, 2013, 5 days before responses were due, CBE mail served its responses.

5. On July 15, 2013, Plaintiff's Counsel requested a meet and confer take place on July 22, 2013, 70 days after the Court's May 13th Order.

6. On July 17, 2013, I advised that I was available for a telephonic meet and confer on July 22nd, or as early as July 18, 2013.

7. On July 22, 2013, the telephonic meet and confer took place.

8. On July 23, 2013, CBE offered to stipulate to personal jurisdiction in the Southern District of California for purposes of this case.

9. Plaintiff's discovery requests sought the names, addresses, telephone numbers, and credit balances of every resident in the Southern District of California that CBE tried to contact, did contact, or from whom it did collect any money and how much for the past ten years.

\\\
\\\
\\\
\\\
\\\
\\\

1

Declaration of Sean P. Flynn in Support of Defendant's Opposition to Plaintiff's Ex Parte Application

10. Also, the requests sought CBE's financial information, what credit originators it has done business with, the contracts with those entities, and how much debt those entities asked CBE to attempt to collect from residents of the Southern District of California for the past ten years.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 23rd day of July in Irvine, California.

By: */s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
THE CBE GROUP, INC.