# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CBE GROUP INCORPORATED,<br><br>　　　　　Defendant. | NO. 13-CV-134-MMA(WVG)<br><br>ORDER FOR ADDITIONAL BRIEFING |

　　　Plaintiff Linda Blair moves for an extension of time to file her First Amended Complaint so that she may resolve issues around jurisdictional discovery. Defendant avers such extension is unnecessary because it has "offered to stipulate to personal jurisdiction." Despite Defendant's contention to the contrary, personal jurisdiction is an issue that bears on whether venue is proper in this District. The Court is inclined to grant Plaintiff's motion, as there appears to be a dispute over the scope and type of discovery. However, if Defendant concedes that personal jurisdiction exists for purposes of the Court's previous discussion regarding venue, an extension of time is not necessary. The result of such a concession would be that (1) Defendant "resides" in this district for venue purposes; (2) meaning that venue *is* proper in this District; and, consequently, (3) Plaintiff will be allowed to file a First Amended Complaint. Such a concession would avoid the need for the Court's intervention with the parties' current discovery dispute, thereby preserving judicial

resources and allowing this case to proceed. Accordingly, no later than July 26, 2013, Defendant shall file additional briefing on whether it concedes personal jurisdiction for venue purposes. Otherwise, the Court is inclined to grant Plaintiff's motion and refer the discovery dispute to the Honorable William V. Gallo.

**IT IS SO ORDERED.**

DATED: July 25, 2013

Hon. Michael M. Anello
United States District Judge