Sean P. Flynn (SBN 220184)
*sflynn@foleymansfield.com*
M. Amadea Groseclose (SBN 267091)
*mgroseclose@foleymansfield.com*
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:    (213) 283-2101

Attorney for Defendant
**THE CBE GROUP, INC.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR and DIANE DEAL on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>The CBE GROUP INCORPORATED, an Iowa Corporation,<br><br>                    Defendant. | Case No:  3:13-cv-00134  MMA  (WVG)<br>*Assigned to the Hon. Michael M. Anello*<br><br>**NOTICE OF MOTION TO STRIKE**<br><br>Date:          October 7, 2013<br>Time:         2:30 p.m.<br>Ctrm:         3A<br><br>Action Filed: January 16, 2013<br>Trial Date:   None Set |

///

///

///

///

///

///

///

///

///

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that on October 7, 2013 in Courtroom 3A of the above Court, Defendant The CBE Group, Inc. ("Defendant") will and hereby does move this Court for an Order, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike Diane Deal as a plaintiff from the First Amended Complaint because the addition of a new individual and class action plaintiff exceeds the scope of the amendment authorized by the Court which violates Fed. R. Civ. P. 15, and Plaintiffs fail to meet the permissive joinder requirements under Fed. R. Civ. P. 20.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Justin A. Comer, all of the other papers on file in this action, and such other and further evidence or argument as the Court may allow.

DATED: August 20, 2013                     **FOLEY & MANSFIELD, PLLP**

                                           By:  */s/ Sean P. Flynn*
                                           Sean P. Flynn
                                           M. Amadea Groseclose
                                           Attorney for Defendant
                                           **THE CBE GROUP, INC.**