Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
M. Amadea Groseclose (SBN 267091)
mgroseclose@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:    (213) 283-2101

Attorneys for Defendant
**THE CBE GROUP, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR and DIANE DEAL on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>The CBE GROUP INCORPORATED, an Iowa Corporation,<br><br>        Defendant. | Case No:  3:13-cv-00134 MMA  (WVG)<br><br>**DECLARATION OF SEAN P. FLYNN IN SUPPORT OF DEFENDANT THE CBE GROUP, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>*[Proposed Order lodged concurrently herewith]*<br><br>Date:         October 7, 2013<br>Time:         2:30 p.m.<br>Ctrm:         3A<br><br>Action Filed: January 16, 2013<br>Trial Date:   None Set |

///

///

///

///

///

///

///

1

DECLARATION OF SEAN P. FLYNN IN SUPPORT OF DEFENDANT THE CBE GROUP, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

# DECLARATION OF SEAN P. FLYNN

I, Sean P. Flynn, declare as follows:

1) I am an attorney duly admitted to practice before all the courts in the State of California. I am a partner with Foley & Mansfield, PLLP, attorneys of record for Defendant, The CBE Group, Inc. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2) Between November 28, 2012 and February 22, 2012, I caused my office to retrieve numerous documents relating to the legislative history and public comments relative to the TCPA. Those documents are attached hereto as follows:

3) Attached hereto as ("Exhibit 1") is a true and correct copy of *Rules and Regulations Implementing Telephone Consumer Protection Act of 1991*, Notice of Proposed Rulemaking, 7 FCC Rcd. 2736 (1992).

4) Attached hereto as ("Exhibit 2") is a true and correct copy of *Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Petition for Declaratory Ruling Regarding Non-Telemarketing Use of Predictive Dialers, CG Docket No. 02-278 (2012).

5) Attached hereto as ("Exhibit 3") is a true and correct copy of *Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Report and Order, 7 FCC Rcd. 8752 (1992).

6) Attached hereto as ("Exhibit 4") is a true and correct copy of *Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Memorandum Opinion and Order, 10 FCC Rcd. 12391 (1995).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 20, 2013, at Los Angeles, California.

*/s/ Sean P. Flynn*
Sean P. Flynn