UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, *et al*.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CBE GROUP INCORPORATED,<br><br>　　　　　　　Defendant. | Civil No. 13-CV-0134-MMA (WVG)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PARTIES' JOINT MOTION REGARDING THE EARLY NEUTRAL EVALUATION CONFERENCE |

On December 2, 2013, this Court issued a Notice and Order for Early Neutral Evaluation ("ENE") Conference, which set an ENE Conference for January 15, 2014, at 2:00 p.m. (Doc. No. 46.) On January 7, 2014, the parties lodged with the Court a Joint Motion Regarding the Early Neutral Evaluation Conference, requesting that the Court allow a telephonic attorneys only ENE Conference.

For good cause shown, the Court hereby GRANTS IN PART the parties' Joint Motion. The named Plaintiffs and Defendant's representative will not be required to personally appear in the undersigned's chambers for the ENE Conference. Instead, the Court will allow an attorneys only ENE Conference on <u>January 15, 2014</u>, at <u>2:00 p.m.</u> However, the Court also DENIES IN PART the parties' Joint Motion. <u>The attorneys must personally appear</u> in the undersigned's chambers. Further, the named Plaintiffs

and a Defense representative with full settlement authority shall participate telephonically in the ENE Conference.

Parties and counsel are reminded that this Court's Chambers Rules state,

> The Court will **not** grant requests to excuse a required party from personally appearing [at an ENE Conference or Settlement Conference], absent extraordinary circumstances. Distance or cost of travel alone does **not** constitute an "extraordinary circumstance."

Judge Gallo's Chambers Rule II.

All parties and counsel must be aware that the Court will not entertain a request for a telephonic or an attorneys only Mandatory Settlement Conference ("MSC"). When the Court holds the MSC in this case, the parties and counsel shall all personally appear in the undersigned's chambers and be prepared to participate in meaningful settlement negotiations.

IT IS SO ORDERED.

DATED: January 8, 2014

Hon. William V. Gallo
U.S. Magistrate Judge