UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> THE CBE GROUP INCORPORATED, <br><br> Defendant. | Civil No. 13-CV-0134-MMA (WVG) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE; SETTING TELEPHONIC STATUS CONFERENCE |

On January 15, 2014, this Court held an Early Neutral Evaluation ("ENE") Conference. Mr. Ronald Marron and Mr. Douglas Campion appeared on behalf of Plaintiffs, and Mr. Sean Flynn appeared on behalf of Defendant. Plaintiffs, Ms. Linda Blair and Ms. Diane Deal, and Defense representative, Mr. Justin Comer, participated telephonically.

The case did not settle during the ENE Conference and the Court issued the Orders below:

1. On or before <u>January 20, 2014</u>, Defense counsel shall provide Plaintiffs' counsel with the account notes for the two named Plaintiffs, Ms. Blair and Ms. Deal.

2. On <u>February 19, 2014</u>, at <u>8:00 a.m.</u>, this Court will hold a telephonic Status Conference with counsel for all parties. Counsel shall be

prepared to inform the Court about the direction that they plan to take with this litigation.  No briefing will be required.

IT IS SO ORDERED.

DATED:  January 16, 2014

Hon. William V. Gallo
U.S. Magistrate Judge