1  Sean P. Flynn, Esq. (SBN 220184)
   *sflynn@foleymansfield.com*
2  M. Amadea Groseclose, Esq. (SBN 267091)
   *mgroseclose@foleymansfield.com*
3  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
4  Los Angeles, CA  90071
   Telephone:   (213) 283-2100
5  Facsimile:    (213) 283-2101

6  Attorney for Defendant
   **THE CBE GROUP, INC.**
7

8
            **UNITED STATES DISTRICT COURT**
9
            **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| LINDA BLAIR and DIANE DEAL on behalf of themselves and all others similarly situated, | Case No:  3:13-cv-00134 MMA (WVG) |
| Plaintiffs, | **STATUS REPORT BY THE CBE GROUP, INC.** |
| vs. | |
| THE CBE GROUP INCORPORATED, an Iowa Corporation, | Action Filed:   January 16, 2013<br>Trial Date:      None Set |
| Defendant. | |

19  \\\
20  \\\
21  \\\
22  \\\
23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

On January 16, 2013, Plaintiff filed this action.  On March 8, 2013, Defendant filed a Motion to Dismiss, which among other arguments raised Venue as an issue.  On May 13, 2013, this Court Granted Defendant's Motion to Dismiss on Venue grounds, with leave to amend.

On August 6, 2013, Plaintiff filed a First Amended Complaint that added Diane Deal as a California Plaintiff.  On August 20, 2013, Defendant filed another Motion to Dismiss, but did not raise Venue because Plaintiffs' Counsel had alleged that Ms. Deal was a California resident.

On January 15, 2014, the Early Neutral Evaluation was held.  During that conference, pursuant to an Order from Judge Gallo during the Early Neutral Evaluation, the Parties exchanged some informal discovery.  On January 16, 2014, Judge Gallo ordered that the account notes for the two Plaintiffs be provided to Plaintiffs' Counsel on or before January 20, which Defendant did.

Notably, the address information for Ms. Deal indicates that she was at all times relevant to this case a resident of Manteca, CA.  Defendant was not aware of this fact until the Early Neutral Evaluation.  Plaintiffs' Counsel were aware of this fact on or before August 6, 2013.  Plaintiffs' Counsel, however, intentionally with held this information from their First Amended Complaint and concealed this information from Defendant for several months.  Defense Counsel specifically requested Ms. Deal's contact information so it could confirm or deny whether Ms. Deal was ever contacted by Defendant.  Plaintiffs Counsel refused every request.  It was not until Judge Gallo Ordered Plaintiffs' Counsel to disclose the information that Plaintiffs' Counsel did so.

Manteca, CA is in the Eastern District of California.  Thus, Venue is improper in the Southern District.

On January 30, 2014, Defense Counsel requested that Plaintiffs' Counsel stipulate to a transfer of Venue.  On February 10, 2014, Plaintiffs' Counsel refused and then made wild and unfounded accusations about Defendant's conduct.

It is clear that Plaintiffs' Counsel omitted a material fact from their First Amended

1  Complaint with full knowledge that the only reason they had to amend their Complaint
2  was because the case was brought in the wrong Venue in the first place.  Then, Plaintiffs'
3  Counsel actively concealed this material fact until Ordered by Judge Gallo to disclose the
4  information.
5       Thus, Defendant requests that the February 24, 2014 telephonic Status Conference
6  currently set before Judge Gallo, be converted into a telephonic Status Conference before
7  Judge Anello.

9  Dated: February 13, 2014              **FOLEY & MANSFIELD, PLLP**

11                          By:     */s/ Sean P. Flynn*
12                          Sean P. Flynn
                            M. Amadea Groseclose
13                          Attorney for Defendant
                            **THE CBE GROUP, INC.**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 S. Grand Ave., Suite 2800, Los Angeles, California 90071.

On February 13, 2014, I served true copies of the following document(s) described as:

**STATUS REPORT BY THE CBE GROUP, INC.**

on the interested parties in this action as follows:

| | |
|---|---|
| Ronald A. Marron<br>Law Offices of Ronald A. Marron<br>651 Arroyo Drive<br>San Diego, CA 92103 | *Attorneys For*:<br>Plaintiff |
| Douglas J. Campion<br>Law Offices of Douglas J. Campion<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108 | *Attorneys For*:<br>Plaintiff |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2014, at Irvine, California.

*/s/ Sean P. Flynn*
Sean P. Flynn