UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, *et al*.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THE CBE GROUP INCORPORATED,<br><br>　　　　　　Defendant. | Civil No. 13-CV-0134-MMA (WVG)<br><br>ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On February 19, 2014, at 8:00 a.m., the Court convened a telephonic Status Conference in the above-entitled action. Appearing were Mr. Douglas Campion, Mr. Ronald Marron, Ms. Alexis Wood, and Ms. Kas Gallucci on behalf of Plaintiffs, and Mr. Sean Flynn on behalf of Defendant.

The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the Court issues the following orders:

　　　1.　　The Rule 26(f) conference shall be completed before March 17, 2014;

　　　2.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before March 27, 2014;

3. A discovery plan shall be <u>lodged</u> with Magistrate Judge Gallo on or before <u>March 31, 2014</u>;[1] and,

4. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>April 3, 2014</u>, at <u>7:30 a.m.</u>, in the chambers of Magistrate Judge William V. Gallo. Counsel shall participate by telephone. Plaintiffs shall distribute a conference call number.

Failure of any counsel or party to comply with this Order may result in the imposition of appropriate sanctions.

IT IS SO ORDERED.

DATED: February 19, 2014

_____
Hon. William V. Gallo
U.S. Magistrate Judge

---

[1] Counsel are invited to review the undersigned's Chambers Rules for guidance on completing the proposed discovery plan. Counsel are further advised to consult the Chambers Rules of the District Judge assigned to this case for case timeline preferences, if any.