# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, DIANE DEAL, and SHANNON COLLINS on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>THE CBE GROUP INC.,<br>   Defendant. | No. 13-CV-134-MMA (WVG)<br><br>**ORDER APPROVING DEFENDANT'S SUBSTITUTION OF ATTORNEY**<br><br>[Doc. No. 72] |

Defendant CBE Group moves to substitute new counsel on its behalf. *See* Doc. No. 72. Defendant's motion indicates that Defendant, counsel of record, and the newly appointed counsel have all consented to this substitution. *See id.* Pursuant to Civil Local Rule 83.3(g)(2), the Court approves the substitution and **ORDERS** that the law firm Gordon & Rees LLP shall be substituted as counsel of record for Defendant CBE Group, Inc. in place and stead of Foley & Mansfield, PLLP.

**IT IS SO ORDERED.**

DATED: May 15, 2014

*[signature]*

Hon. Michael M. Anello
United States District Judge