UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CBE GROUP INCORPORATED,<br><br>      Defendant. | Civil No. 13-CV-0134-MMA (WVG)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY CONFERENCE |

   On <u>May 29, 2014</u>, at <u>4:00 p.m.</u>, the Court convened a telephonic Discovery Conference with counsel for both parties. Appearing were Ms. Kas Gallucci and Ms. Alexis Wood on behalf of Plaintiffs, and Mr. Sean Flynn on behalf of Defendant. During the Conference, the parties informed the Court of a discovery dispute. Also during the Conference, the Court set a schedule for the parties to follow.

   The parties shall comply with the following schedule:

1. On or before <u>June 4, 2014</u>, Defense counsel shall have disclosed and delivered to Plaintiffs' counsel the remaining requested documents.

2. On or before <u>June 6, 2014</u>, the parties shall have engaged in a meaningful meet and confer session for as long as necessary.

3. On or before <u>June 13, 2014</u>, if the discovery dispute has not been resolved, the parties shall lodge with the Court a Joint Statement for Determination of Discovery Dispute. The Statement shall not exceed <u>five pages each</u>, exclusive of exhibits.

DATED: June 3, 2014

*/s/ William V. Gallo*
Hon. William V. Gallo
U.S. Magistrate Judge