**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION, ESQ. (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, DIANE DEAL, and SHANNON COLLINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CBE GROUP INCORPORATED, an Iowa Corporation,<br><br>Defendant. | Case No.: 13-cv-134-MMA (WVG)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF KAS L. GALLUCCI IN SUPPORT OF JOINT STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE [DKT. NO. 114]** |

I, Kas L. Gallucci, declare:

1. I am a member in good standing of the State Bar of California, and the United States District Court for the Southern District of California. I am an Associate at the Law Offices of Ronald A. Marron. I represent Plaintiffs Linda Blair, Diane Deal and Shannon Collins in the above-captioned action. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this Supplemental Declaration in compliance with the Court's request for the supplemental discovery responses served by Defendant on September 15, 2014 and in support of the Joint Statement of Determination of Discovery Dispute filed September 10, 2014 [Dkt. No. 114].

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's Supplemental Responses to Compilation of Requests for Production of Documents.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant's Supplemental Responses to Compilation of Plaintiffs' Interrogatories.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendant's Supplemental Responses to Compilation of Plaintiffs' Requests for Admission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of October, 2014 in San Diego, California.

By: */s/ Kas Gallucci*
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
skye@*consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

1

*Blair, et al. v. The CBE Group, Inc.*; No. 13cv0134
SUPPLEMENTAL DECLARATION OF KAS L. GALLUCCI IN SUPPORT OF JOINT
STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE [DKT. NO. 114]

*Attorney for Plaintiffs and the Proposed Class*

2

*Blair, et al. v. The CBE Group, Inc.*; No. 13cv0134
SUPPLEMENTAL DECLARATION OF KAS L. GALLUCCI IN SUPPORT OF JOINT STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE [DKT. NO. 114]

## TABLE OF EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT A** | Defendant's Supplemental Responses to Compilation of Requests for Production of Documents | 1 – 49 |
| **EXHIBIT B** | Defendant's Supplemental Responses to Compilation of Plaintiffs' Interrogatories | 50 – 67 |
| **EXHIBIT C** | Defendant's Supplemental Responses to Compilation of Plaintiffs' Requests for Admission | 68 – 75 |