**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CBE GROUP INCORPORATED, an Iowa corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00134-MMA-WVG<br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTFFS' CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Judge:     Hon. Michael M. Anello<br>Courtroom: 5 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY STIPULATED** by and between Plaintiffs Linda Blair, Diane Deal, and Shannon Collins and Defendant The CBE Group Incorporated, through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this action shall be, and is dismissed with prejudice as to Plaintiffs and without prejudice as to the putative class. Each party is to bear its own fees and costs.

Dated: December 16, 2015

Respectfully submitted,

**LAW OFFICES OF RONALD A. MARRON, APLC**
By:   /s/ Ronald A. Marron
RONALD A. MARRON
ALEXIS WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION
*doug@djcampion.com*
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiff and the Proposed Class*

s/ Sean P. Flynn
SEAN P. FLYNN
*sflynn@gordonrees.com*
**GORDON & REES, LLP**
2211 Michelson Drive, Suite 400
Irvine, California 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

1

*Blair v. The CBE Group Incorporated*, Case No. 3:13-cv-00134-MMA-WVG
JOINT MOTION FOR DISMISSAL OF PLAINTFFS' CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Allison J. Fernandez
afernandez@gordonrees.com
**GORDON & REES, LLP**
101 West Broadway, Ste. 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Justin M. Penn
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON**
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312)704-3000
Facsimile:  (312) 704-3001

*Attorneys for Defendant*

2

*Blair v. The CBE Group Incorporated*, Case No. 3:13-cv-00134-MMA-WVG
JOINT MOTION FOR DISMISSAL OF PLAINTFFS' CASE PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)