UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLAIR, DIANE DEAL, and SHANNON COLLINS on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CBE GROUP INCORPORATED, an Iowa corporation,<br><br>Defendant. | Case No.: 13cv0134-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. No. 189]** |

Plaintiffs Linda Blair, Diane Deal, and Shannon Collins, and Defendant The CBE Group Incorporated have filed a joint motion to dismiss this action. [Doc. No. 189.] Having considered the joint motion, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** this case **WITH PREJUDICE** as to Plaintiffs Linda Blair, Diane Deal, and Shannon Collins, and **WITHOUT PREJUDICE** as to the putative class. [Doc. No. 189.] Each party is to bear its own costs. The Clerk of Court is instructed to close the case. **IT IS SO ORDERED.**

Dated: December 17, 2015

Hon. Michael M. Anello
United States District Judge